95–2617.   Fifth & Main L.P., Cent. Trust Ctr. v. Hamilton Cty. Bd. of Revision.   Board of Tax Appeals, No. 93–M–1244.   This cause is pending before the court as an appeal from the Board of Tax Appeals.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective February 7, 1996.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.